

# LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

December 12, 2019

*Via Facsimile - 212-805-4060*
Honorable Judge Sarah L. Cave
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    United States v. Andrew Parker
              Criminal Docket No. 19-MAG-7561

Dear Judge Cave:

The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

Bail conditions allow for travel within the Eastern and Southern Districts of New York. We are requesting that Mr. Parker be allowed to travel with his wife and children to Portland, Oregon for Christmas with Mr. Parker's sister. He is requesting to fly to Portland, Oregon on Wednesday, December 25, 2019 and return on Monday, December 30, 2019. I have been in contact regarding our request with both the Government and Pre-trial Services and both take no position.

Thank you very much for your consideration of this application.

Respectfully submitted,

*/s/ Joseph R. Conway*
Joseph R. Conway

cc:    AUSA Sarah Mortazavi

*Handwritten annotation:* Mr. Parker's application is granted on the condition that he provide to PTS by Dec. 20, 2019 ① a copy of his itinerary, including flights and location at which he is staying in Oregon, and ② contact information (phone number and/or email) at which he can be reached while in Oregon.

SO ORDERED: 12/12/19
HON. SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com



# LaRusso, Conway & Bartling

Date: December 12, 2019

ATTENTION: Honorable Sarah L. Cave

Fax No.: 212-805-4060

From: Joseph R. Conway, Esq.

No. of Pages (Including Cover Sheet): 2

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange the return of the document(s) to us at no cost to you.

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com