

# LaRusso, Conway & Bartling
ATTORNEYS AT LAW

January 27, 2020

<u>Via Facsimile - 212-805-4060</u>
Honorable Judge James L. Cott
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: United States v. Andrew Parker
     <u>Criminal Docket No. 19-MAG-7561</u>

Dear Judge Cave:

  The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

  Bail conditions allow for travel within the Eastern and Southern Districts of New York. We are requesting that Mr. Parker be allowed to travel to Florida to check on his other businesses. He is requesting to fly to Florida arriving on Thursday, January 30, 2020 and returning on Monday, February 3, 2020. I have been in contact regarding our request with both the Government takes no position and Pre-trial Services consents.

  Thank you very much for your consideration of this application.

Respectfully submitted,

Joseph R. Conway

cc: AUSA Sarah Mortazavi

*[Handwritten note: Without objection from the Government, and with the consent of Pretrial Services, the application is GRANTED. SO ORDERED. James L. Cott 1/27/20]*

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com




# LaRusso, Conway & Bartling

Date:      January 27, 2020

ATTENTION:      Honorable James L. Cott

Fax No.:      212-805-4060

From:      Joseph R. Conway, Esq.

No. of Pages (Including Cover Sheet): 2

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange the return of the document(s) to us at no cost to you.

300 Old Country Road      Telephone (516) 248-3520
Suite 341      Facsimile (516) 248-3522
Mineola, New York 11501      www.larussoandconway.com