UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

- v. -

ANDREW PARKER,

Defendant.

------------------------------------------------------------

**Affidavit Requesting
Order of Continuance**

**19 Mag. 07561**

| | |
|---|---|
| State of New York | ) |
| County of New York | ) ss.: |
| Southern District of New York | ) |

Sarah Mortazavi, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury that the following is true and correct:

1. I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated August 13, 2019, with violating Title 18, United States Code, Section 846 in a complaint dated August 13, 2019. The defendant was arrested on August 14, 2019 and presented before Magistrate Judge Henry B. Pitman on August 15, 2019. The defendant was released on bail. On September 16, 2019, Magistrate Judge Ona T. Wang granted the Government's request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case. On October 16, 2019, Magistrate Judge Stewart D. Aaron granted the Government's second request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case. On November 15, 2019, Magistrate Judge Katharine H. Parker granted the

Government's third request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case. On December 16, 2019, Magistrate Judge Kevin N. Fox granted the Government's fourth request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case. On January 15, 2020, Magistrate Judge Katharine H. Parker granted the Government's fifth request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case. On February 14, 2020, Magistrate Judge Robert W. Lehrburger granted the Government's sixth request for a continuance of 30 days to permit the Government and defense counsel time to discuss a possible disposition of this case.

3. Defense counsel and I have had further discussions regarding a possible disposition of this case. The discussions have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on JMarch 16, 2020.

5. Therefore, the Government is requesting a 30-day continuance until April 13, 2020, to continue the foregoing discussions. On March 5, 2020, I personally heard from defense counsel, who specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
March 13, 2020

Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520