

## LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

May 5, 2020

**<u>Electronically Filed</u>**
Honorable Judge Sarah Netburn
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: <u>United States v. Andrew Parker</u>
      <u>Criminal Docket No. 19-MAG-7561</u>

Dear Judge Netburn:

  Please accept this letter application requesting the return of my client Andrew Parker's ("Parker") passport which is up for renewal in July. Subject to the Court's approval, Mr. Parker's passport will be returned to him from pre-trial services to start the process of this renewal. Once the updated passport is received, he will immediately surrender the new passport to pre-trial. Both Pre-trial Services and the United States Attorney's Office take no position to our request.

  Thank you very much for your consideration of this application.

                Respectfully submitted,

                <u>/s/ Joseph R. Conway</u>
                Joseph R. Conway

  cc: AUSA Sarah Mortazavi

---

The request to have Mr. Parker's passport returned for purposes of renewal is GRANTED. Upon receiving the new passport, Mr. Parker is ordered to surrender both the new passport and expired passport to Pretrial Services.

**SO ORDERED.**

May 6, 2020
New York, New York

               _____
               SARAH NETBURN
               United States Magistrate Judge

---

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com